No. 02–7938. SEMENECK v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–7939. ALTHOUSE v. HAMLIN, CLERK, DISTRICT COURT OF TEXAS, DALLAS COUNTY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–7940. O'CONNOR v. AAMCO/CINNAT, INC. C. A. 1st Cir. Certiorari denied.

No. 02–7941. NEWMAN v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 02–7945. FUENTES v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 02–7949. BINION v. CHANDLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–7950. GARDNER v. CONTINUING DEVELOPMENTAL SERVICES, INC. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 02–7951. RADIVOJEVIC v. DALEY, MAYOR OF THE CITY OF CHICAGO, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–7952. NEUMAN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7953. SMITH v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 02–7954. BLASHFORD v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 02–7957. WILKES v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 02–7958. WALTON v. SMITH, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–7959. TURNER v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.